■ In the Matter of ROBERT F. GIUSTI (Admitted as ROBERT FRED GIUSTI), a Disbarred Attorney. [663 NYS2d 811]—The Hearing Panel's report confirmed, the motion granted, and petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective immediately. No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Williams and Colabella, JJ.

■ In the Matter of JAMES D. KAKOULLIS, a Disbarred Attorney. [663 NYS2d 813] —The motion insofar as it seeks reargument is granted, and upon reargument, the motion is granted only to the extent that the sanction of disbarment is made retroactive to respondent's interim suspension of March 3, 1994; the motion insofar as it seeks leave to appeal to the Court of Appeals is denied. No opinion. Concur—Milonas, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.